Steven J. Luckner, Esq. (Attorney ID # 02852001)
**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**
10 Madison Avenue, Suite 400
Morristown, New Jersey 07960
Tel: (973) 656.1600
Fax: (973) 656.1611
steven.luckner@ogletree.com
*Attorneys for Defendant*
*Broadcom Corporation*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DEVRAJ PATEL, | : | Civil Action No. |
| | : | |
| Plaintiff, | : | *Civil Action* 3:26-CV-80 |
| | : | |
| v. | : | **NOTICE OF REMOVAL AND LOCAL** |
| | : | **CIVIL RULE 11.2 CERTIFICATION** |
| BROADCOM INC., fka VMWARE, Inc.[1], | : | |
| | : | **Document Filed Electronically** |
| Defendant. | : | |
| | : | |

**TO:    CHIEF JUDGE AND JUDGES OF**
**       THE UNITED STATES DISTRICT COURT**
**       FOR THE DISTRICT OF NEW JERSEY**

**ON NOTICE TO:**

Devraj Patel, *Pro Se*
3 Windy Hill Road
Green Brook, NJ 08812
*Plaintiff Pro Se*

Michelle M. Smith, Esq., Clerk
The Superior Court of New Jersey
Richard Hughes Justice Complex
6th Floor North Wing
Trenton, New Jersey 08625

Clerk, Superior Court of New Jersey
Law Division – Somerset County
20 North Bridge Street
Somerville, New Jersey 08876

---

[1] The proper name of the corporate defendant is Broadcom Corporation.

1

**HONORABLE JUDGES:**

Pursuant to the provisions of 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Broadcom Corporation (incorrectly named in the Complaint as "Broadcom Inc., fka VMware, Inc." and hereafter referred to as "Broadcom") files this Notice of Removal, removing this case from the Superior Court of New Jersey, Law Division, Somerset County, to the United States District Court for the District of New Jersey. In support of this Notice, Broadcom states as follows:

## INTRODUCTION

1. On November 25, 2025, Plaintiff Devraj Patel, a resident of New Jersey, commenced this action by filing a Complaint in the Superior Court of New Jersey, Somerset County, bearing Docket No. SOM-L-001698-25, entitled *Devraj Patel v. Broadcom Inc., fka VMWare, Inc.* (the "State Action").

2. This is an employment action asserting a claim of retaliation under the New Jersey Wage Payment Law.

3. No previous application for removal has been made. Nor has Broadcom filed a responsive pleading in the State Action, and no other proceedings have transpired in that action.

## NOTICE OF REMOVAL IS TIMELY

4. As stated above, Plaintiff filed this action on November 25, 2025. *Id.*

5. Plaintiff "served" the Complaint against Broadcom on December 8, 2025. A copy of the Complaint is attached hereto as **Exhibit A**. While Plaintiff failed to serve a summons, Broadcom accepted "service" as a courtesy, effective as of December 8, 2025.

6. These are the only process, pleadings, or orders known by Broadcom to have been filed or served in this action.

7. This court has jurisdiction over this matter based on diversity of citizenship.

8. Pursuant to 28 U.S.C. § 1446(b)(1), this Notice of Removal is timely filed within thirty (30) days after service of process on Defendant.

9. This Notice of Removal has been timely filed within thirty (30) days after Broadcom's acceptance of service of the Complaint on Broadcom.

<u>**VENUE**</u>

10. The New Jersey Superior Court, Somerset County, is located within the District of New Jersey. *See* 28 U.S.C. § 110. Therefore, venue is proper in this Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

<u>**BASIS FOR REMOVAL: DIVERSITY JURISDICTION**</u>

11. This action is properly removable under 28 U.S.C. § 1441(a) because the United States District Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a), which provides, in part: "The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States."

12. Plaintiff, Devraj Patel, claims to be a resident of Green Brook, New Jersey. *See* Exhibit A (Complaint ¶ 1).

13. Broadcom acquired VMware, Inc. through an acquisition in November 2023. *See* Declaration of Nardo Catahan, Esq., attached hereto as **Exhibit B**, ¶ 3.

14. Broadcom Corporation is a California corporation with its principal place of business in California. *See id.* ¶ 4. As such, it is not a citizen of New Jersey.

15. Therefore, complete diversity exists. *See* 28 U.S.C. § 1332 and 1441. Accordingly, this case may be properly removed.

**AMOUNT IN CONTROVERSY IS SATISFIED**

16.    The amount in controversy in this action exceeds the sum or value of $75,000, exclusive of interest and costs, under the "reasonable probability" standard recognized by this Court. 28 U.S.C. 1446(c)(2)(B) instructs that "removal . . . is proper on the basis of an amount of controversy asserted" by the plaintiff "if the district courts find, by the preponderance of the evidence, that the amount in controversy exceeds" the jurisdictional threshold.  The preponderance of the evidence standard is satisfied by "proof to a reasonable probability." *Roundtree v. Primeflight Aviation Servs., Inc.*, No. 16-9609, 2017 WL 3207439, at *2 (D.N.J. 2017).

17.    Here, it is apparent from the face of the Complaint that Plaintiff seeks recovery of an amount beyond $75,000.00, exclusive of interest and costs. Plaintiff seeks "[c]ompensatory damages in an amount equal to all lost wages and benefits, including the value of his lost RSUs." *See* Complaint, WHEREFORE Clause A. Plaintiff alleges that the value of the Restricted Stock Units "if they had been vested, would have been worth more than $150,000." (*See* Complaint ¶ 21).  Plaintiff also seeks "liquidated damages equal to not more than 200 percent of the wages due," "[l]iquidated damages in an amount equal to two times the amount of all lost wages and benefits, including two times the value of all lost RSUs."

18.    Given that Plaintiff seeks compensatory damages in an amount that exceeds the amount in controversy, there is a reasonable probability that the amount in controversy is satisfied.

19.    As demonstrated above, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because the amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000.00 and the action is between citizens of different states.

20.    Accordingly, Broadcom respectfully removes this action from the New Jersey Superior Court to this Court under 28 U.S.C. §§ 1332(a) and 1441(b).

4

**FILING OF REMOVAL PAPERS**

21.     Pursuant to 28 U.S.C. § 1446, copies of this Notice of Removal have this day been served via electronic and overnight mail upon Plaintiff, and via NJ *e*Courts and overnight mail upon the Clerk of the Superior Court of New Jersey.

22.     By removing this matter, Broadcom does not waive or intend to waive any defense, including but not limited to insufficiency of process, insufficiency of service of process, or lack of personal jurisdiction.

**WHEREFORE**, Broadcom respectfully requests that this Honorable Court take jurisdiction of this action and issue all necessary orders and process to remove said action from the Superior Court of New Jersey, County of Somerset, to the United States District Court for the District of New Jersey.

Respectfully Submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
*Attorneys for Defendant*
*Broadcom Corporation*

By:     */s/ Steven J. Luckner*
Steven J. Luckner, Esq.
Ogletree, Deakins, Nash,
 Smoak & Stewart, P.C.
10 Madison Avenue, Suite 400
Morristown, New Jersey 07960
Telephone: (973) 656-1600
Facsimile: (973) 656-1611
steven.luckner@ogletree.com

Date:   January 6, 2026

## <u>CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 11.2</u>

I, Steven J. Luckner, Esq., counsel for Broadcom Corporation, certify that the matter in controversy is not the subject of any other action pending in any court, or of any pending arbitration or administrative proceeding.

By:  <u>*/s/ Steven J. Luckner*</u>
Steven J. Luckner, Esq.
Ogletree, Deakins, Nash,
 Smoak & Stewart, P.C.
10 Madison Avenue, Suite 400
Morristown, New Jersey 07960
Telephone: (973) 656-1600
Facsimile: (973) 656-1611
steven.luckner@ogletree.com

Date: January 6, 2026

6

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2026, a true and correct copy of the above document was served via email and first class mail upon Plaintiff Devraj Patel as follows:

Devraj Patel, *Pro Se*
3 Windy Hill Road
Green Brook, NJ 08812
devpatelnj@gmail.com

*/s/ Steven J. Luckner*
Steven J. Luckner, Esq.